## Commonwealth, Appellant, *v.* Edwards.

Argued June 17, 1971. *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Com-

monwealth, appellant; *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellee.

OPINION PER CURIAM: The six Judges who heard this appeal being equally divided, the order is affirmed. SPAULDING, J., absent.